# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL R. CANTY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| CITY OF PHILADELPHIA, et al., | : | NO. 23-1873 |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of March, 2024, upon consideration of Defendant Mann Mastery Elementary School's *Motion to Dismiss* (ECF No. 48) and Defendants Jessica Banh and Catholic Community Services' *Motion to Dismiss* (ECF No. 52), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motions are **GRANTED**, and Plaintiff's claims against these Defendants are **DISMISSED with PREJUDICE**, for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**